**Burl Anderson HOWELL,
Plaintiff-Appellant,**

v.

**UNITED STATES of America,
Defendant-Appellee.**

No. 16-2184

United States Court of Appeals,
Fourth Circuit.

Submitted: January 5, 2017

Decided: January 9, 2017

Burl Anderson Howell, Appellant Pro Se. John Stuart Bruce, Acting United States Attorney, Kimberly Ann Moore, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Burl Anderson Howell appeals the district court's September 28, 2016 order denying his post-judgment motion as moot. He also seeks to appeal the district court's November 24, 2015 and February 29, 2016 orders dismissing his civil action for lack of subject matter jurisdiction and denying reconsideration.

Howell previously appealed, and we previously affirmed, the district court's November 24, 2015 and February 29, 2016 orders. See Howell v. United States, No. 16–1220, 668 Fed.Appx. 28, 2016 WL 4363146 (4th Cir. Aug. 16, 2016). To the extent that Howell again seeks to appeal these or any earlier orders of the district court, we dismiss the appeal as untimely. As for the district court's September 28, 2016 order denying his post-judgment motion as moot, we have reviewed the record and find no reversible error. Accordingly, we deny Howell's pending motion and affirm for the reasons stated by the district court. See Howell v. United States, No. 5:14-cv-00898-F (E.D.N.C. Sept. 28, 2016).

We dispense with oral argument because the facts and legal contentions are ade-

314

quately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED IN PART; AFFIRMED IN PART